**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30213 |
| Plaintiff - Appellee, | D.C. No. 3:01-cr-00151-JWS |
| v. | |
| ALEX CONTRERAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted August 23, 2010[**]

Before:   LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Alex Contreras appeals from the district court's order granting his 18 U.S.C.

§ 3582(c)(2) motion for sentence reduction.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

Contreras contends that the district court erred when it failed to hold a

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

resentencing hearing governed by *United States v. Booker*, 543 U.S. 220 (2005), when ruling on his § 3582(c)(2) motion. This contention is foreclosed. *See Dillon v. United States*, 130 S. Ct. 2683, 2690-92 (2010); Fed. R. Crim. P. 43(b)(4).

Contreras also contends that the district court erred by failing to correct a mistake in his original sentence when ruling on the § 3582(c)(2) motion. As a general rule, this court does not consider an issue raised for the first time on appeal. *See United States v. Robinson*, 20 F.3d 1030, 1032 (9th Cir. 1994).

**AFFIRMED.**